UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH JONATHAN JAMES,<br><br>    Defendant. | Case No. CR00-272-JCC<br><br>AMENDED SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 3, 2008. The United States was represented by Assistant United States Attorney Annette Hayes, and the defendant by Ralph Hurvitz. The proceedings were digitally recorded.

The defendant had been charged and convicted of Second Degree Murder within Indian Country, in violation of 18 U.S.C. §§ 1111 and 1153. On or about August 23, 2001, defendant was sentenced by the Honorable John C. Coughenour to a term of one hundred eighty (180) months in custody, to be followed by five (5) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, substance abuse and mental health programs, financial disclosure, search, alcohol abstinence, do not associate with known gang members, do not enter the Lummi Indian Reservation without permission, no false

identification, disclose all assets and liabilities to the probation office, 180 days of electronic home monitoring.

In a Petition for Warrant or Summons, dated August 1, 2008, U.S. Probation Officer Jerrod Akins asserted the following violations by defendant of the conditions of his supervised release:

(1) Consuming alcohol on or before July 29, 2008, in violation of the special condition that he refrain form the use of alcohol.

(2) Failing to participate as instructed in the home confinement program, in violation of the special condition that he participate as instructed in the home confinement program with electronic monitoring as directed by the probation officer.

In a Supplemental Violation Report dated August 8, 2008, U.S. Probation Officer Jerrod Akins asserted the following supplemental violations by defendant of the conditions of his supervised release:

(3) Consuming alcohol on July 31, 2008, in violation of the special condition that he refrain from the use of alcohol.

(4) Committing the crime of assault and battery third degree, in violation of the general condition that he not commit another federal, state, or local crime.

On September 26, 2008, defendant made his initial appearance. The defendant was advised of the allegations and advised of his rights. On October 3, 2008, defendant appeared for an evidentiary hearing on the alleged violations. Defendant admitted to violations 1, 2 and 3.

With respect to violation 4, the Court received evidence of a criminal judgment from the Lummi Tribal Court where the defendant entered a no-contest plea, and on that basis the Court recommends finding that he violated the terms of his supervision as to violation number 4.

AMENDED SUMMARY REPORT OF
U.S. MAGISTRATE JUDGE AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE
PAGE 2

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations numbers 1, 2, 3 and 4, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable John C. Coughenour on October 17, 2008 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 3rd day of October, 2008.

*James P. Donohue*
_____
JAMES P. DONOHUE
United States Magistrate Judge

cc:  District Judge:           Honorable John C. Coughenour
     AUSA:                     Ms. Annette Hayes
     Defendant's attorney:     Mr. Ralph Hurvitz
     Probation officer:        Mr. Jerrod Akins